JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7223
Facsimile: (415) 436-7234
E-mail: barbara.silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 09-01141 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] BOND |
| v. | ) | MODIFICATION ORDER |
| | ) | |
| NATHANIEL POLLETTE, | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING and the parties having so stipulated, the Court hereby ORDERS that the terms of the bond in the above captioned matter be modified as follows:

1. The conditions of release and appearance are modified to reflect that the defendant shall participate in drug counseling and submit to drug testing, as directed by Pretrial Services.

DATED: February 5, 2010

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte