```
GAIL SHIFMAN
Law Offices of Gail Shifman
State Bar No. 147334
44 Montgomery Street, Suite 3850
San Francisco CA 94104
Tel.: 415.551.1500
Fax:  415.551.1502
E-Mail: gail@shifmangroup.com

Attorney for Defendant
NATHANIEL POLLETTE
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

- - oO - -

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 09-1141 CRB (EDL) |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| NATHANIEL POLLETTE | |
| Defendant. | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant, NATHANIEL POLLETTE shall be allowed to travel to the Eastern District of California upon prior approval of Pretrial Services.

2. All other conditions shall remain the same.

Dated: January 28, 2010                    Dated: January 28, 2010

   /S/                                        /s/

_____           _____
GAIL SHIFMAN                          BARBARA SILANO
Attorney for Defendant                Assistant U.S. Attorney

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - oO - -

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 09-1141 CRB (EDL) |
| Plaintiff, | |
| vs. | [~~proposed~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| NATHANIEL POLLETTE | |
| Defendant. | |

This matter having come before the Court upon the Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be clarified in the following manner:

1. Defendant, NATHANIEL POLLETTE, shall be allowed to travel to the Eastern District of California upon prior approval of Pretrial Services.

2. All other conditions shall remain the same.

Dated: ~~January~~ March 12 ___, 2010      _____
                                            UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte